Dario de Ghetaldi (126782)
Jerry E. Nastari (151756)
Amanda L. Riddle (215221)
**COREY, LUZAICH, PLISKA,
DE GHETALDI & NASTARI LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: deg@coreylaw.com
       jen@coreylaw.com
       alr@coreylaw.com

*Counsel for Plaintiffs
Charles P. Haggarty and Gina M. Haggarty*

[Additional counsel shown on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>                     Defendant. | Case No. CV 10-2416 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED CLASS ACTION COMPLAINT AND RESPONSIVE PLEADINGS**<br><br>Date: November 12, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br><br>Complaint Filed: June 1, 2010<br><br>Honorable Charles R. Breyer |

1  Plaintiffs Charles P. Haggarty and Gina M. Haggarty and Defendant Wells Fargo Bank, N.A.,
2  by and through their respective undersigned counsel, hereby stipulate, subject to Court approval, as
3  follows, concerning the scheduling of the filing of an Amended Class Action Complaint and briefing
4  thereon.

**RECITALS**

6  WHEREAS, on June 1, 2010, Plaintiffs Charles P. Haggarty and Gina M. Haggarty filed a
7  federal class action complaint ("Complaint") against Defendant Wells Fargo Bank, N.A., Case No.
8  CV 10-2416 BZ;[1]

9  WHEREAS, on July 15, 2010, Defendant Wells Fargo Bank, N.A. filed a motion to dismiss the
10 Complaint and the hearing is currently scheduled for November 12, 2010;

11 WHEREAS, on October 19, 2010, Defendant Wells Fargo Bank, N.A. agreed to take its
12 Motion to Dismiss off-calendar and to allow Plaintiffs Charles P. Haggarty and Gina M. Haggarty
13 leave to file an amended class action complaint by November 5, 2010; and

14 WHEREAS, the parties agree to the following briefing schedule: Defendant may file a
15 responsive pleading or motion by December 10, 2010, Plaintiffs Charles P. Haggarty and Gina M.
16 Haggarty may file an opposition brief by December 24, 2010, and Defendant may file a reply brief by
17 January 14, 2011.  Hearing on any motion to dismiss will be set for January 28, 2011.

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /

---

27 [1] On July 2, 2010, the action was reassigned to the Honorable Charles R. Breyer for all further proceedings. (*See* Docket ("Dkt.") No. 8.)

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Charles P. Haggarty and Gina M. Haggarty and Defendant Wells Fargo Bank, N.A., through their respective counsel of record, as follows:

1. The November 12, 2010 hearing on Defendant's Motion to Dismiss will be taken off-calendar.
2. Plaintiffs may file and serve an amended class action complaint by November 5, 2010.
3. Defendant may file and serve a responsive pleading or motion by December 10, 2010.
4. Plaintiffs may file and serve an opposition brief by December 24, 2010.
5. Defendant may file and serve a reply brief by January 14, 2011.
6. Hearing on any motion to dismiss shall be held on January 28, 2011.

DATED: October 20, 2010        BY:    /s/ Nicole Lavallee

                                          Nicole Lavallee (165755)
                                        Julie J. Bai (227040)
                                        **BERMAN DEVALERIO**
                                        One California Street, Suite 900
                                        San Francisco, CA 94111
                                        Telephone: (415) 433-3200
                                        Facsimile: (415) 433-6382
                                        Email: nlavallee@bermandevalerio.com
                                                          jbai@bermandevalerio.com

                                        Dario de Ghetaldi (126782)
                                        Jerry E. Nastari (151756)
                                        Amanda L. Riddle (215221)
                                        **COREY, LUZAICH, PLISKA,**
                                            **DE GHETALDI & NASTARI LLP**
                                        700 El Camino Real, P.O. Box 669
                                        Millbrae, CA 94030
                                        Telephone: (650) 871-5666
                                        Facsimile: (650) 871-4144
                                        Email: deg@coreylaw.com
                                                      jen@coreylaw.com
                                                      alr@coreylaw.com

|   |   |   |
|---|---|---|
| | | Colleen Duffy-Smith (161163) |
| | | **MORGAN-DUFFY-SMITH & TIDALGO, LLP** |
| | | 1960 The Alameda, Suite 220 |
| | | San Jose, California 95126 |
| | | Telephone: (408) 244-4570 |
| | | Facsimile: (408) 423-8830 |
| | | Email: cduffysmith@mdstlaw.com |
| | | |
| | | *Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty* |

DATED: October 20, 2010        BY:   /s/ Jack R. Nelson

                                      Jack R. Nelson (111863)
                                      David J. de Jesus (197914)
                                      Alicia A. Adornato (254228)
                                      **REED SMITH LLP**
                                      101 Second Street, Suite 1800
                                      San Francisco, CA 94105
                                      Telephone: (415) 543-8700
                                      Facsimile: (415) 391-8269
                                      Email: jnelson@reedsmith.com
                                               ddejesus@reedsmith.com
                                               aadornato@reedsmith.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

     I, Nicole Lavallee, am the ECF User whose ID and password was used to file this Stipulation and [Proposed] Order Regarding Amended Class Action Complaint and Responsive Pleadings. In compliance with General Order 45 ¶ X.B., I hereby attest that Jack R. Nelson, counsel for Defendant Wells Fargo Bank, N.A., concurred in this filing and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: October 20, 2010        /s/ Nicole Lavallee
                                              Nicole Lavallee

Case 3:10-cv-02416-CRB   Document 17   Filed 10/22/10   Page 5 of 5

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant's November 12 hearing on its Motion to Dismiss is taken off-calendar.
2. Plaintiffs may file and serve an amended class action complaint by November 5, 2010.
3. Defendant may file and serve a responsive pleading or motion by December 10, 2010.
4. Plaintiffs may file and serve an opposition brief by December 24, 2010.
5. Defendant may file and serve a reply brief by January 14, 2011.
6. Hearing on any motion to dismiss shall be held on January 28, 2011.

Dated: ____October 21, 2010_____       _____
                                          Honorable Charles R. Breyer
                                          United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

[CV 10-2416 CRB] Stip. & [Proposed] Order re Am. Compl. & Responsive Pleadings