1   Jack R. Nelson (SBN 111863)
    Email:  jnelson@reedsmith.com
2   David J. de Jesus (SBN 197914)
    Email:  ddejesus@reedsmith.com
3   Alicia A. Adornato (SBN 254228)
    Email:  aadornato@reedsmith.com
4   REED SMITH LLP
    101 Second Street, Suite 1800
5   San Francisco, CA  94105-3659
    Telephone:     +1 415 543 8700
6   Facsimile:      +1 415 391 8269

7   Attorneys for Defendant
    Wells Fargo Bank, N.A.
8
    [Additional counsel shown on signature page]
9

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14   CHARLES P. HAGGARTY and GINA M.        Case No. CV 10 2416
     HAGGARTY, on behalf of themselves and all
15   others similarly situated,             STIPULATION AND [PROPOSED]
                                            ORDER CONTINUING INITIAL CASE
16                          Plaintiff,       MANAGEMENT CONFERENCE TO
                                            JANUARY 28, 2011;
17          vs.
                                            JOINT INITIAL STATUS REPORT
18   WELLS FARGO BANK, N.A.,

19                          Defendant.

20                                          Honorable Charles R. Breyer

21

22

23          Pursuant to the Northern District of California's Civil Local Rule 6-2, Plaintiffs Charles P.

24   Haggarty and Gina M. Haggarty ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Defendant")

25   (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate,

26   subject to Court approval, as follows, concerning the currently scheduled November 12, 2010 Initial

27   Case Management Conference and the Parties' joint initial status report to the Court.

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>RECITALS</u>

WHEREAS, on October 20, 2010, the Parties filed a Stipulation and [Proposed] Order regarding the filing of an amended complaint;

WHEREAS, on October 22, 2010, the Court entered an Order setting any Motion to Dismiss hearing on Plaintiffs' amended complaint for January 28, 2011;

WHEREAS, on October 22, 2010, the Parties participated in a Federal Rule of Civil Procedure 26(f) conference and scheduled a second Rule 26(f) conference;

WHEREAS, the Parties agreed to reset the deadline for their Rule 26 Initial Disclosures to December 6, 2010;

WHEREAS, the present state of the pleadings are unsettled since the Court has taken Defendant's November 12, 2010 Motion to Dismiss off-calendar and allowed Plaintiffs to file an amended class action complaint by November 5, 2010;

WHEREAS, in consideration of judicial efficiency, the Parties agree that the Court and the Parties would be better served by continuing the presently scheduled November 12, 2010 Initial Case Management Conference to January 28, 2011;

WHEREAS, upon the Court's continuance of the Initial Case Management Conference to January 28, 2011, the Parties will file a Joint Case Management Conference Statement by January 21, 2011.

/ / /

/ / /

/ / /

US_ACTIVE-104767352.1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Charles P. Haggarty and Gina M. Haggarty and Defendant Wells Fargo Bank, N.A., through their respective counsel of record, as follows:

1. The November 12, 2010 Initial Case Management Conference will be taken off-calendar.

2. The Parties will serve each other with their Initial Disclosures by December 6, 2010.

3. The Parties will file a Joint Case Management Conference Statement by January 21, 2011.

4. The Initial Case Management Conference will be set for January 28, 2011 concurrent with the scheduled hearing on Defendant's Motion to Dismiss.

DATED: October 26, 2010          BY:     /s/ Dario de Ghetaldi

Dario de Ghetaldi (126782)
Jerry E. Nastari (151756)
Amanda L. Riddle (215221)
COREY, LUZAICH, PLISKA,
   DE GHETALDI & NASTARI LLP
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: deg@coreylaw.com
          jen@coreylaw.com
          alr@coreylaw.com

Nicole Lavallee (165755)
Julie J. Bai (227040)
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermandevalerio.com
          jbai@bermandevalerio.com

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-104767352.1

Colleen Duffy-Smith (161163)
**MORGAN-DUFFY-SMITH & TIDALGO, LLP**
1960 The Alameda, Suite 220
San Jose, California 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

*Attorneys for Plaintiffs Charles P. Haggarty and
Gina M. Haggarty*

DATED: October 26, 2010          BY:    /s/ Jack R. Nelson
Jack R. Nelson (111863)
David J. de Jesus (197914)
Alicia A. Adornato (254228)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: jnelson@reedsmith.com
        ddejesus@reedsmith.com
        aadornato@reedsmith.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

US_ACTIVE-104767352.1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
JOINT INITIAL STATUS REPORT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED AS FOLLOWS:

1. The November 12, 2010 Initial Case Management Conference will be taken off-calendar.

2. The Parties will serve each other with their Initial Disclosures by December 6, 2010.

3. The Parties will file a Joint Case Management Conference Statement by January 21, 2011.

4. The Initial Case Management Conference will be set for January 28, 2011 concurrent with the scheduled hearing on Defendant's Motion to Dismiss.

Dated: ___October 29, 2010_____     _____



Honorable Charles R. Breyer
United States District Judge

Judge Charles R. Breyer
IT IS SO ORDERED

US_ACTIVE-104767352.1