Dario de Ghetaldi (126782)
Jerry E. Nastari (151756)
Amanda L. Riddle (215221)
**COREY, LUZAICH, PLISKA,**
**DE GHETALDI & NASTARI LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: deg@coreylaw.com
         jen@coreylaw.com
         alr@coreylaw.com

*Counsel for Plaintiffs*
*Charles P. Haggarty and Gina M. Haggarty*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV 10-2416 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING ISSUANCE OF A RULE 45 SUBPOENA FOR PRODUCTION OF DOCUMENTS** |

1   WHEREAS, on January 28, 2011, the Court referred this case to private mediation;

2   WHEREAS, the parties are now preparing to attend such private mediation;

3   WHEREAS, plaintiffs seek certain information regarding the calculation of the Eleventh
4   District Cost of Funds Index ("COFI") in the possession, custody or control of a third party, the
5   Federal Home Loan Bank of San Francisco;

6   WHEREAS, the information sought is not within defendant's possession, custody or control;

7   WHEREAS, the parties have conferred and agreed that plaintiffs would seek Court
8   authorization to issue a subpoena for the production of documents, information, or objects pursuant to
9   Federal Rule of Civil Procedure ("Rule") 45 and before the Rule 26(f) conference in this case, and that
10  defendant would stipulate to the relief sought;

11  NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to Court
12  approval, that plaintiffs may issue and serve a subpoena on third party the Federal Home Loan Bank of
13  San Francisco seeking documents and information relevant to the calculation of COFI and that
14  plaintiffs may do so before the Rule 26(f) conference in this case.

15  IT IS SO STIPULATED.

17  DATED: March 11, 2011     BY:   /s/ Dario de Ghetaldi
                                    Dario de Ghetaldi (126782)

                                    Jerry E. Nastari (151756)
                                    Amanda L. Riddle (215221)
                                    **COREY, LUZAICH, PLISKA,**
                                    **DE GHETALDI & NASTARI LLP**
                                    700 El Camino Real, P.O. Box 669
                                    Millbrae, CA 94030
                                    Telephone: (650) 871-5666
                                    Facsimile: (650) 871-4144
                                    Email: deg@coreylaw.com
                                           jen@coreylaw.com
                                           alr@coreylaw.com

1

[No. CV 10-2416 CRB] STIP. AND [PROPOSED] ORDER AUTHORIZING RULE 45 SUBPOENA

|   |   |   |
|---|---|---|
| | | Nicole Lavallee (165755) |
| | | Anthony D. Phillips (259688) |
| | | **BERMAN DEVALERIO** |
| | | One California Street, Suite 900 |
| | | San Francisco, CA 94111 |
| | | Telephone: (415) 433-3200 |
| | | Facsimile: (415) 433-6382 |
| | | Email: nlavallee@bermandevalerio.com |
| | | aphillips@bermandevalerio.com |

Colleen Duffy-Smith (161163)
**MORGAN-DUFFY-SMITH & TIDALGO, LLP**
1960 The Alameda, Suite 220
San Jose, California 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

*Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty*

DATED: March 11, 2011     BY:   /s/ Jack R. Nelson
                                Jack R. Nelson (111863)

David J. de Jesus (197914)
Alicia A. Adornato (254228)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**E-FILING ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, Anthony D. Phillips hereby attests that concurrence in the filing of this document has been obtained.

By:   /s/ Anthony D. Phillips
      Anthony D. Phillips

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown under Rule 26(d)(1), the Court authorizes plaintiffs to issue a subpoena, pursuant to Rule 45, requesting the production of documents, information, or objects, and to serve the subpoena on third party the Federal Home Loan Bank of San Francisco before the conference of the parties required by Rule 26(f).

**IT IS SO ORDERED.**

Dated: __March 16, 2011____            By:_____
                                         HONORABLE CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*