Nicole Lavallee (165755)
Anthony D. Phillips (259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

*Counsel for Plaintiffs*
*Charles P. Haggarty and Gina M. Haggarty*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV 10-2416 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, on January 28, 2011, the Court referred this case to private mediation;

2  WHEREAS, at the same January 28 hearing, the Court scheduled a case management
3  conference in this case for April 22, 2011;

4  WHEREAS, the first private mediation session in this case is scheduled for April 27,
5  2011;

6  WHEREAS, the parties have conferred and agreed to seek a Court order rescheduling the
7  case management conference for a date after the first mediation session, at which time the parties
8  shall update the Court with respect to the progress of mediation efforts and the prospects for
9  settlement of this case;

10  WHEREAS, the parties have conferred and agreed to request the case management
11  conference be rescheduled for May 27, 2011 at 8:30 a.m.;

12  NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to Court
13  approval and a finding of good cause, that the case management conference currently scheduled
14  for April 22, 2011 shall be rescheduled for May 27, 2011 at 8:30 a.m., before this Court.

15  IT IS SO STIPULATED.

16

17  DATED:  April 13, 2011            BY:     /s/ Anthony D. Phillips
                                              Anthony D. Phillips (259688)
18
                                              Nicole Lavallee (165755)
19                                            **BERMAN DEVALERIO**
                                              One California Street, Suite 900
20                                            San Francisco, CA 94111
                                              Telephone: (415) 433-3200
21                                            Facsimile: (415) 433-6382
                                              Email: nlavallee@bermandevalerio.com
22                                                     aphillips@bermandevalerio.com

23                                            Dario de Ghetaldi (126782)
                                              Jerry E. Nastari (151756)
24                                            Amanda L. Riddle (215221)
                                              **COREY, LUZAICH, PLISKA,**
25                                              **DE GHETALDI & NASTARI LLP**
                                              700 El Camino Real, P.O. Box 669
26                                            Millbrae, CA 94030
                                              Telephone: (650) 871-5666
27                                            Facsimile: (650) 871-4144
                                              Email: deg@coreylaw.com
28                                                     jen@coreylaw.com
                                                       alr@coreylaw.com

[No. CV 10-2416 CRB] STIP. AND [PROPOSED] ORDER RE CMC DATE                              1

```
                                    Colleen Duffy-Smith (161163)
                                    MORGAN-DUFFY-SMITH & TIDALGO, LLP
                                    1960 The Alameda, Suite 220
                                    San Jose, California 95126
                                    Telephone: (408) 244-4570
                                    Facsimile: (408) 423-8830
                                    Email: cduffysmith@mdstlaw.com

                                    Attorneys for Plaintiffs Charles P. Haggarty and
                                    Gina M. Haggarty


DATED: April 13, 2011       BY:     /s/ Jack R. Nelson
                                    Jack R. Nelson (111863)

                                    David J. de Jesus (197914)
                                    Alicia A. Adornato (254228)
                                    REED SMITH LLP
                                    101 Second Street, Suite 1800
                                    San Francisco, CA 94105
                                    Telephone: (415) 543-8700
                                    Facsimile: (415) 391-8269

                                    Attorneys for Defendant Wells Fargo Bank, N.A.
```

### E-FILING ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, Anthony D. Phillips hereby attests that concurrence in the filing of this document has been obtained.

By: ___/s/ Anthony D. Phillips___
Anthony D. Phillips

### ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the next case management conference in this case shall be held before this Court on May 27, 2011 at 8:30 a.m. The clerk shall remove the case management conference scheduled for April 22, 2011 from the Court's calendar.

**IT IS SO ORDERED.**

Dated: April 15, 2011          By: _____
                                    HONORABLE CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED. Judge Charles R. Breyer]*