Nicole Lavallee (165755)
Anthony D. Phillips (259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

*Counsel for Plaintiffs*
*Charles P. Haggarty and Gina M. Haggarty*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. CV 10-2416 CRB <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1      WHEREAS, on January 28, 2011, the Court referred this case to private mediation;

2      WHEREAS, the first private mediation session in this case took place on April 27, 2011;

3      WHEREAS, as a result of the first private mediation session, the parties and mediator

4 agreed to schedule a second private mediation session for May 27, 2011;

5      WHEREAS, by the parties' stipulation and the Court's order, a case management

6 conference is currently scheduled for May 27, 2011 at 8:30 a.m.;

7      WHEREAS, the parties have conferred and agreed to seek a Court order rescheduling

8 the case management conference for a date after the second mediation session, at which time the

9 parties shall update the Court with respect to the progress of mediation efforts and the prospects

10 for settlement of this case;

11      WHEREAS, the parties have conferred and agreed to request the Court's permission to

12 submit a joint case management statement to the Court on or before May 31, 2011;

13      WHEREAS, the parties have conferred and agreed to request the case management

14 conference be rescheduled for June 10, 2011 at 8:30 a.m.;

15      NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to Court

16 approval and a finding of good cause, that the case management conference currently scheduled

17 for May 27, 2011 at 8:30 a.m., shall be rescheduled for June 10, 2011 at 8:30 a.m., before this

18 Court.

19      IT IS SO STIPULATED.

20 DATED:  May 3, 2011          **BERMAN DEVALERIO**

22                By:   /s/ Anthony D. Phillips
                          Anthony D. Phillips (259688)

Nicole Lavallee (165755)
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermandevalerio.com
       aphillips@bermandevalerio.com

---

[No. CV 10-2416 CRB] Stip. and [proposed] Order re CMC Date     1

| | |
|---|---|
| 1 | Dario de Ghetaldi (126782) |
| 2 | Jerry E. Nastari (151756) |
| | Amanda L. Riddle (215221) |
| | **COREY, LUZAICH, PLISKA,** |
| 3 |   **DE GHETALDI & NASTARI LLP** |
| | 700 El Camino Real, P.O. Box 669 |
| 4 | Millbrae, CA 94030 |
| | Telephone: (650) 871-5666 |
| 5 | Facsimile: (650) 871-4144 |
| | Email: deg@coreylaw.com |
| 6 |       jen@coreylaw.com |
| |       alr@coreylaw.com |

Colleen Duffy-Smith (161163)
**MORGAN-DUFFY-SMITH & TIDALGO, LLP**
1960 The Alameda, Suite 220
San Jose, California 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

*Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty*

DATED: May 3, 2011        **REED SMITH LLP**


BY:   /s/ Jack R. Nelson
    Jack R. Nelson (111863)

David J. de Jesus (197914)
Alicia A. Adornato (254228)
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**E-FILING ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, Anthony D. Phillips hereby attests that concurrence in the filing of this document has been obtained.

By:   /s/ Anthony D. Phillips
    Anthony D. Phillips

1  **ORDER**

2      Pursuant to the stipulation of the parties and good cause having been shown, the next

3  case management conference in this case shall be held before this Court on June ~~20~~ 17, 2011 at

4  8:30 a.m. The clerk shall remove the case management conference scheduled for May 27, 2011

5  from the Court's calendar.

6      The parties shall submit a joint case management statement to the Court by no later than

7  ~~May 31, 2011~~. June 10, 2011.

8      **IT IS SO ORDERED.**

10  Dated: _____May 5, 2011_____    By:_____
11                                         HONORABLE CHARLES R. BREYER
12                                         UNITED STATES DISTRICT JUDGE

