1  Dario de Ghetaldi - Bar No. 126782
   deg@coreylaw.com
2  Jerry E. Nastari - Bar No. 151756
   jen@coreylaw.com
3  Amanda L. Riddle - Bar No. 215221
   alr@coreylaw.com
4  COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
5  700 El Camino Real
   P.O. Box 669
6  Millbrae, California 94030-0669
7  Telephone: (650) 871-5666
   Facsimile: (650) 871-4144
8
   Counsel for Plaintiffs
9  Charles P. Haggarty and Gina M. Haggarty

10 [Other Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| CHARLES P. HAGGARTY and GINA M. HAGGARTY, | Case No. CV 10-2416 CRB |
|---|---|
| Plaintiffs, | CLASS ACTION |
| vs. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

[No. CV 10-2416 CRB] Stip. and [proposed] Order re CMC Date

1    WHEREAS, on January 28, 2011, the Court referred this case to private mediation;

2    WHEREAS, the first private mediation session in this case took place on April 27, 2011;

3    WHEREAS, a second private mediation session took place on May 27, 2011;

4    WHEREAS, by the Court's order, a case management conference is currently scheduled

5    for June 16, 2011 at 8:30 a.m.;

6    WHEREAS, the parties are continuing to seek an informal resolution of this matter, and

7    they and the mediator, Hon. Edward A. Infante (Ret.), agree that it would be helpful to the

8    settlement process to continue the currently scheduled case management conference;

9    WHEREAS, the parties have conferred and agreed to seek a Court order rescheduling the

10   case management conference to July 15, 2011 at 8:30 a.m., with the parties to submit a joint

11   supplemental case management conference statement to the Court on July 8, 2011;

12   NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to Court

13   approval and a finding of good cause, that the case management conference currently scheduled

14   for June 16, 2011 at 8:30 a.m., shall be rescheduled for July 15, 2011 at 8:30 a.m.

15   IT IS SO STIPULATED.

16   DATED: June 10, 2011          BY:    /s/ Dario de Ghetaldi
                                          Dario de Ghetaldi (126782)

                                          Nicole Lavallee (165755)
                                          Anthony D. Phillips (259688)
                                          **BERMAN DEVALERIO**
                                          One California Street, Suite 900
                                          San Francisco, CA 94111
                                          Telephone: (415) 433-3200
                                          Facsimile: (415) 433-6382
                                          Email: nlavallee@bermandevalerio.com
                                                 aphillips@bermandevalerio.com

                                          Dario de Ghetaldi (126782)
                                          Jerry E. Nastari (151756)
                                          Amanda L. Riddle (215221)
                                          **COREY, LUZAICH, PLISKA,
                                          DE GHETALDI & NASTARI LLP**
                                          700 El Camino Real, P.O. Box 669
                                          Millbrae, CA 94030
                                          Telephone: (650) 871-5666
                                          Facsimile: (650) 871-4144
                                          Email: deg@coreylaw.com
                                                 jen@coreylaw.com
                                                 alr@coreylaw.com

[No. CV 10-2416 CRB] STIP. AND [PROPOSED] ORDER RE CMC DATE                              1

|   |   |   |
|---|---|---|
|   |   | Colleen Duffy-Smith (161163)<br>**MORGAN-DUFFY-SMITH & TIDALGO, LLP**<br>1960 The Alameda, Suite 220<br>San Jose, California 95126<br>Telephone: (408) 244-4570<br>Facsimile: (408) 423-8830<br>Email: cduffysmith@mdstlaw.com<br><br>*Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty* |
| DATED: June 10, 2011 | BY: | /s/ Jack R. Nelson<br>Jack R. Nelson (111863)<br><br>David J. de Jesus (197914)<br>Alicia A. Adornato (254228)<br>**REED SMITH LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

## E-FILING ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, Dario de Ghetaldi hereby attests that concurrence in the filing of this document has been obtained.

By:    DRAFT
       Dario de Ghetaldi (126782)

## ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the next case management conference in this case shall be held before this Court on July 15, 2011 at 8:30 a.m. The clerk shall remove the case management conference scheduled for June 16, 2011 from the Court's calendar.

The parties shall submit a joint supplemental case management statement to the Court by no later than July 8, 2011.

**IT IS SO ORDERED.**

Dated: June 13, 2011           By: _____
                                    HONORABLE CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

