Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
David J. de Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 3:10-cv-02416-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br><br><br>Honorable Charles R. Breyer |

WHEREAS, on January 28, 2011, the Court referred this case to private mediation;

WHEREAS, the first private mediation session in this case took place on April 27, 2011;

WHEREAS, a second private mediation session took place on May 27, 2011;

WHEREAS, by the Court's order, a case management conference is currently scheduled for July 15, 2011 at 8:30 a.m.;

WHEREAS, the parties continue to seek an informal resolution of this matter and continue to work with the mediator, Hon. Edward A. Infante (Ret.) regarding the possibility of settlement;

WHEREAS the parties agree that it would be helpful to the settlement process to continue the currently scheduled case management conference;

1  WHEREAS, the parties have conferred and agreed to seek a Court order rescheduling the
2  case management conference to August 26, 2011 at 8:30 a.m., with the parties to submit a joint
3  supplemental case management conference statement to the Court on August 19, 2011;
4  NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to Court
5  approval and a finding of good cause, that the case management conference currently scheduled for
6  July 15, 2011 at 8:30 a.m., shall be rescheduled for August 26, 2011 at 8:30 a.m.

8  IT IS SO STIPULATED.

10  DATED: July 8, 2011            BY:    /s/ Dario de Ghetaldi
                                          Dario de Ghetaldi (126782)

                                          Nicole Lavallee (165755)
                                          Anthony D. Phillips (259688)
                                          **BERMAN DEVALERIO**
                                          One California Street, Suite 900
                                          San Francisco, CA 94111
                                          Telephone: (415) 433-3200
                                          Facsimile: (415) 433-6382
                                          Email: nlavallee@bermandevalerio.com
                                                 aphillips@bermandevalerio.com

                                          Dario de Ghetaldi (126782)
                                          Jerry E. Nastari (151756)
                                          Amanda L. Riddle (215221)
                                          **COREY, LUZAICH, PLISKA,**
                                           **DE GHETALDI & NASTARI LLP**
                                          700 El Camino Real, P.O. Box 669
                                          Millbrae, CA 94030
                                          Telephone: (650) 871-5666
                                          Facsimile: (650) 871-4144
                                          Email: deg@coreylaw.com
                                                 jen@coreylaw.com
                                                 alr@coreylaw.com
                                          Colleen Duffy-Smith (161163)
                                          **MORGAN-DUFFY-SMITH & TIDALGO, LLP**
                                          1960 The Alameda, Suite 220
                                          San Jose, California 95126
                                          Telephone: (408) 244-4570
                                          Facsimile: (408) 423-8830
                                          Email: cduffysmith@mdstlaw.com

                                          *Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 3:10-cv-02416-CRB   – 2 –
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

DATED: July 8, 2011    BY:    /s/s Jack R. Nelson
                              Jack R. Nelson (111863)
                              David J. de Jesus (197914)
                              Alicia A. Adornato (254228)
                              **REED SMITH LLP**
                              101 Second Street, Suite 1800
                              San Francisco, CA 94105
                              Telephone: (415) 543-8700
                              Facsimile: (415) 391-8269

                              *Attorneys for Defendant Wells Fargo Bank, N.A.*

### E-FILING ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, Jack R. Nelson hereby attests that concurrence in the filing of this document has been obtained.

                              By:    /s/ Jack R. Nelson
                                     Jack R. Nelson (SBN 111863)

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, the next case management conference in this case shall be held before this Court on August 26, 2011 at 8:30 a.m. The clerk shall remove the case management conference scheduled for July 15, 2011 from the Court's calendar.

The parties shall submit a joint supplemental case management statement to the Court by no later than August 19, 2011.

**IT IS SO ORDERED.**

Dated: ___July 8, 2011_____    By:_____
                                HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

US_ACTIVE-106690351.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware