Nicole Lavallee (165755)
Anthony D. Phillips (259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

*Counsel for Plaintiffs*
*Charles P. Haggarty and Gina M. Haggarty*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV 10-2416 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

[No. CV 10-2416 CRB] STIP. AND [PROPOSED] ORDER RE CMC DATE

1   WHEREAS, on January 28, 2011, the Court referred this case to private mediation;

2   WHEREAS the first private mediation session in this case took place on April 27, 2011;

3   WHEREAS a second private mediation session took place on May 27, 2011;

4   WHEREAS the parties are continuing to mediate the case, with the guidance of the

5   Honorable Edward A. Infante (Ret.);

6   WHEREAS a case management conference is currently scheduled for August 26, 2011

7   at 8:30 a.m.;

8   WHEREAS the parties have conferred and agreed that it would be helpful to the

9   settlement process to continue the current case management conference in order to continue

10  their discussions;

11  WHEREAS the parties have conferred and agreed to request a Court order continuing

12  the case management conference to October 7, 2011 at 8:30 a.m., with the parties to submit a

13  joint supplemental case management statement to the Court on or before September 30, 2011;

14  NOW, THEREFORE, it is hereby stipulated and agreed by the parties, subject to Court

15  approval and a finding of good cause, that the case management conference currently scheduled

16  for August 26, 2011 at 8:30 a.m. shall be rescheduled to October 7, 2011 at 8:30 a.m., before

17  this Court.

18  IT IS SO STIPULATED.

19  DATED: August 19, 2011                **BERMAN DEVALERIO**

21                                        By:   /s/ Nicole Lavallee
                                                Nicole Lavallee (165755)

23                                        Anthony D. Phillips (259688)
                                          One California Street, Suite 900
                                          San Francisco, CA 94111
24                                        Telephone: (415) 433-3200
                                          Facsimile: (415) 433-6382
25                                        Email: nlavallee@bermandevalerio.com
                                                 aphillips@bermandevalerio.com

[No. CV 10-2416 CRB] STIP. AND [PROPOSED] ORDER RE CMC DATE                               1

Dario de Ghetaldi (126782)
Jerry E. Nastari (151756)
Amanda L. Riddle (215221)
**COREY, LUZAICH, PLISKA,
 DE GHETALDI & NASTARI LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: deg@coreylaw.com
       jen@coreylaw.com
       alr@coreylaw.com

Colleen Duffy-Smith (161163)
**MORGAN-DUFFY-SMITH & TIDALGO, LLP**
1960 The Alameda, Suite 220
San Jose, California 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

*Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty*

DATED: August 19, 2011                **REED SMITH LLP**


By: ___/s/ Jack R. Nelson_____
       Jack R. Nelson (111863)

David J. de Jesus (197914)
Alicia A. Adornato (254228)
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

*Attorneys for Defendant Wells Fargo Bank, N.A.*

### **E-FILING ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, Nicole Lavallee hereby attests that concurrence in the filing of this document has been obtained.


By: ___/s/ Nicole Lavallee_____
       Nicole Lavallee

1 **ORDER**

2   Pursuant to the stipulation of the parties and good cause having been shown, the next
3 case management conference in this case shall be held before this Court on October 7, 2011 at
4 8:30 a.m.  The clerk shall remove the case management conference scheduled for August 26,
5 2011 from the Court's calendar.
6   The parties shall submit a joint case management statement to the Court by no later than
7 September 30, 2011.
8   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

9

10 Dated:  August 23, 2011        By:_____
11                                 HONORABLE CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE
12

