1  RICHARD D. MCCUNE, State Bar No. 132124
   rdm@mccunewright.com
2  DAVID C. WRIGHT, State Bar No. 177468
   dcw@mccunewright.com
3  JAE (EDDIE) K. KIM, State Bar No. 236805
   jkk@mccunewright.com
4  **MCCUNEWRIGHT LLP**
   2068 Orange Tree Lane, Suite 216
5  Redlands, California 92374
   Telephone: (909) 557-1250
6  Facsimile: (909) 557-1275

7
   MITCHELL M. BREIT*
8  mbreit@hanlyconroy.com                 DEREK Y. BRANDT*
   ANDREA BIERSTEIN*                      dbrandt@simmonsfirm.com
9  abierstein@hanlyconroy.com             **SIMMONS BROWDER GIANARIS**
   JAYNE CONROY*                          **ANGELIDES & BARNERD LLC**
10 jconroy@hanlyconroy.com                One Court Street
   **HANLY CONROY BIERSTEIN**             Alton, Illinois 62002
11 **SHERIDAN FISHER & HAYES LLP**        Telephone: (618) 259-2222
   112 Madison Avenue                     Facsimile: (618) 259-2251
12 New York, New York 10016-7416
   Telephone: (212) 784-6400
13 Facsimile: (212) 213-5949              *Pro Hac Vice* applications to be submitted

14 Attorneys for Plaintiffs, Charles P. Haggarty,
   Gina M. Haggarty and all other similarly situated
15

16
                        **UNITED STATES DISTRICT COURT**
17
                       **NORTHERN DISTRICT OF CALIFORNIA**
18

19

20 | CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated, | Case No. CV 10-2416 CRB |

21 CLASS ACTION

22 Plaintiffs,                            **STIPULATED SUBSTITUTION OF ATTORNEYS and [PROPOSED] ORDER**
23 vs.

24 WELLS FARGO BANK, N.A.,

25 Defendant.

26

27

28

SUBSTITUTION OF ATTORNEYS; No. CV 10-2416 CRB                                                    1

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective October 3, 2011, Plaintiffs Charles Haggarty and Gina Haggarty, individually, and on behalf of all others similarly situated, have substituted the law firms of McCuneWright LLP; Simmons Browder Gianaris Angelides & Barnerd LLC; and Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP, in place of their former counsel Corey, Luzaich, Pliska, de Ghetaldi & Nastari LLP, Berman DeValerio, and Morgan, Duffy-Smith & Tidalgo, LLP. Former counsel will no longer represent plaintiffs in the above-entitled matter.

**IT IS SO STIPULATED.**

DATED: October 3, 2011.    BY:    /s/ Dario de Ghetaldi
                                  Dario de Ghetaldi (126782)

Dario de Ghetaldi (126782)
Jerry E. Nastari (151756)
Amanda L. Riddle (215221)
**COREY, LUZAICH, PLISKA,
  DE GHETALDI & NASTARI LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: deg@coreylaw.com
       jen@coreylaw.com
       alr@coreylaw.com

Nicole Lavallee (165755)
Anthony D. Phillips (259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermandevalerio.com
       aphillips@bermandevalerio.com

Colleen Duffy-Smith (161163)
**MORGAN-DUFFY-SMITH & TIDALGO, LLP**
1960 The Alameda, Suite 220
San Jose, California 95126
Telephone: (408) 244-4570
Facsimile: (408) 423-8830
Email: cduffysmith@mdstlaw.com

*Former Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty*

| | | |
|---|---|---|
| DATED: October 3, 2011. | BY: | /s/ Richard D. McCune |
| | | Richard D. McCune (132124) |

Richard D. McCune, Esq. – SBN 132124
David C. Wright, Esq. – SBN 177468
Jae (Eddie) K. Kim, Esq. – SBN 236805
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
Email:  rdm@mccunewright.com
        dcw@mccunewright.com
        jkk@mccunewright.com

Derek Y. Brandt, Esq. (*Pro Hac Vice*)
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
707 Berkshire Boulevard
East Alton, Illinois 62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
Email:  dbrandt@simmonsfirm.com

Mitchell M. Breit, Esq. (*Pro Hac Vice*)
Andrea Bierstein, Esq. (*Pro Hac Vice*)
Jayne Conroy, Esq. (*Pro Hac Vice*)
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016-7416
Phone: (212) 784-6400
Fax: (212) 213-5949
Email:  mbreit@hanlyconroy.com
        abierstein@hanlyconroy.com
        jconroy@hanlyconroy.com

*New Attorneys for Plaintiffs Charles P. Haggarty and Gina M. Haggarty, and all others similarly situated.*

**WE HEREBY CONSENT.**

DATED: October 3, 2011.    By: _____
                                Charles P. Haggarty, Plaintiff

                            By: _____
                                Gina M. Haggarty, Plaintiff

1  **ORDER**

2  Pursuant to the consent of Plaintiffs and the stipulation of their new and former counsel,

3  and good cause having been shown, substitution of counsel for Plaintiffs is hereby allowed.

4  **IT IS SO ORDERED.**

5

6  Dated: October 6, 2011              By:_____
                                                HONORABLE CHARLES R. BREYER
7                                               UNITED STATES DISTRICT JUDGE



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2011, a copy of the foregoing **STIPULATED SUBSTITUTION OF ATTORNEYS and [PROPOSED] ORDER** was filed electronically via this Court's ECF filing system.

Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

                              BY:    /s/ *Richard D. McCune*
                                     RICHARD D. McCUNE