IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P HAGGARTY, ET AL., | No. C 10-02416 CRB |
| Plaintiffs, | **ORDER DENYING ADMINISTRATIVE MOTION FOR CORRECTIVE ACTION** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Plaintiffs' Administrative Motion for Corrective Action is DENIED.

**IT IS SO ORDERED.**

Dated: June 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2416\Order Denying Admin Motion for Corrective Action.wpd