IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 10-2416 CRB (JSC)<br><br>**ORDER RE: DEPOSITION OF FRANKLIN CODEL (Dkt. No. 100)** |

The Court is in receipt of a joint letter by the parties regarding a dispute over Plaintiffs' desire to depose Franklin Codel. (Dkt. No. 100.) Defendant claims that Mr. Codel is an "apex employee" and can only be deposed if he has unique and non-repetitive knowledge pertinent to the case after less intrusive means of discovery have been exhausted. (Dkt. No. 100 at 5). Plaintiffs counter that tardy document production by Defendant belatedly revealed that Mr. Codel "appears to have been actively involved both in Wells Fargo's decisions, and the execution of those decisions, at the root of this case." (Id. at 7.) Plaintiffs dispute that a less intrusive means of discovery would suffice to capture Mr.

Codel's unique knowledge and detail unsuccessful attempts to query less senior employees. In particular, "Plaintiffs believe Wells Fargo's documents reveal approximately $1 billion of unaccounted-for COFI ARM notes" about which Mr. Codel would likely have information. (<u>Id.</u> at 7-8.) Defendant does not respond to these points. Plaintiffs have already deposed two of the three witnesses Defendant maintains should replace Mr. Codel.

The Court finds as follows:

1. Plaintiffs should take this third deposition.
2. Within two business days following the third deposition, Defendant shall file a further written submission with the Court which explains why Mr. Codel's deposition is unnecessary. Defendant's response shall address the arguments made by Plaintiffs in the Joint Statement. Plaintiffs' response, if any, shall be filed within two business days of Defendant's submission.
3. In the interim, both parties shall agree on a deposition date for Mr. Codel on or before August 31, 2012 should his deposition be necessary.

**IT IS SO ORDERED.**

Dated: August 14, 2012

                                          _Jacqueline S. Corley_
                                          JACQUELINE SCOTT CORLEY
                                          UNITED STATES MAGISTRATE JUDGE