1    Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
2    David C. Wright, State Bar No. 177468
dcw@mccunewright.com
3    Jae (Eddie) K. Kim, State Bar No. 236805
jkk@mccunewright.com
4    **McCuneWright LLP**
2068 Orange Tree Lane, Suite 216
5    Redlands, California  92374
Telephone:  (909) 557-1250
6    Facsimile:  (909) 557-1275

7

8    Mitchell M. Breit (*pro hac vice*)
mbreit@hanlyconroy.com
9    Andrea Bierstein*
abierstein@hanlyconroy.com
10    Jayne Conroy*
jconroy@hanlyconroy.com
11    **Hanly Conroy Bierstein**
**Sheridan Fisher & Hayes LLP**
12    112 Madison Avenue
New York, New York 10016-7416
13    Telephone: (212) 784-6400
Facsimile: (212) 213-5949
14

Derek Y. Brandt (*pro hac vice*)
dbrandt@simmonsfirm.com
Anna M. Kohut (*pro hac vice*)
akohut@simmonsfirm.com
**Simmons Browder Gianaris**
**Angelides & Barnerd LLC**
One Court Street
Alton, Illinois 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

*Application for admission *pro hac vice* to
be submitted

15

16    *Attorneys for Plaintiffs Charles P. Haggarty,*
*Gina M. Haggarty and all other similarly situated*

17             **United States District Court**

18             **Northern District Of California**

19

20    CHARLES P. HAGGARTY and GINA M.

21    HAGGARTY, on behalf of themselves and

22    all others similarly situated,

23              Plaintiffs,

24       v.

25

26    WELLS FARGO BANK, N.A.,

27           Defendants.

28

Case No.:   3:10-cv-02416-CRB

**Joint Stipulation and [Proposed] Order**
**Concerning Changes to briefing**
**Schedule and Page Limit for Plaintiffs'**
**Reply in Support of Amended Motion for**
**Class Certification and Concerning**
**Briefing Schedule and Hearing Date for**
**Defendant's *Daubert* Motion**

Judge Assigned:   Honorable Charles R. Breyer
First Amended Complaint Filed: 11/5/2010

Pursuant to Civil L. R. 7-12, Plaintiffs CHARLES P. HAGGARTY and GINA M. HAGGARTY, and Defendant WELLS FARGO BANK, N.A., having met and conferred through their counsel of record, submit this Joint Stipulation and Proposed Order Concerning Changes to Briefing Schedule and Page Limit for Plaintiffs' Reply in Support of Amended Motion for Class Certification and Concerning Briefing Schedule and Hearing Date for any *Daubert* Motion to be filed by Defendant in relation to class certification.

RECITAL

WHEREAS, the following dates are currently scheduled in this matter:

1. Trial Date December 3, 2012

2. Pre-Trial Conference November 27, 2012

3. Hearing on Motion for Class Certification September 28, 2012

4. Fact Discovery Cutoff: August 22, 2012

6. Initial Expert Disclosures: September 14, 2012

7. Rebuttal Expert Disclosures: September 28, 2012

8. Expert Discovery Cutoff: October 12, 2012

WHEREAS, Plaintiffs were allowed 30 pages for their Amended Motion for Class Certification and used 21 pages;

WHEREAS, Defendant filed an expert declaration from Dr. Robert Edelstein in connection with its opposition to Plaintiffs' motion for class certification.  Defendant has agreed to make Dr. Edelstein available for deposition, but could not arrange the deposition within the current schedule;

WHEREAS, fact discovery closes on August 22, 2012, depositions of several Defendant employees are scheduled between the scheduled reply date and August 22, 2012, and Plaintiffs contend that these witnesses may provide certain information relevant to their reply;

WHEREAS, the parties are currently engaged in discovery and have agreed that it is in the parties' best interests and the interests of judicial economy to extend the briefing schedule deadline and page limit for Plaintiffs' Reply in Support of Amended Motion for Class Certification and to establish

the briefing schedule and hearing date for Defendant's anticipated *Daubert* Motion relating to class certification in this matter.

STIPULATION

THEREFORE, the Parties stipulate and propose the following dates, deadlines and page limits regarding Plaintiffs' Reply in Support of Amended Motion for Class Certification and *Daubert* Motion to be filed by Defendant.  The Parties do not believe this modification of the existing schedule will result in the need to change any of the existing hearing dates, including the motion for class certification and the trial date.

**A.** **Parties' Proposed Changes To Briefing Schedule for Amended Motion for Class Certification**

|  | **Present Date** | **Proposed Date** |
|---|---|---|
| 1.  Plaintiffs' Reply: | August 10, 2012 | August 24, 2012 |

**B.** **Parties' Proposed Changes To Page Limit for Amended Motion for Class Certification**

|  | **Present Limit** | **Proposed Limit** |
|---|---|---|
| 1.  Plaintiffs' Reply: | 15 Pages | 20 Pages |

**C.** **The Parties stipulate and propose the following briefing schedule and hearing date regarding *Daubert* Motion to be filed by Defendant**

| | | |
|---|---|---|
| 1.  Hearing on *Daubert* Motion: | September 28, 2012 at 10:00 am | |
| a.  Defendant's *Daubert* Motion | August 24, 2012 | |
| b.  Plaintiffs' Opposition | September 7, 2012 | |
| **c.**  Defendant's Reply | September 14, 2012 | |

//
//
//
//
//

Stipulation & [Proposed] Order
Case No.:  3:10-cv-02416-CRB

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3                                                    Respectfully submitted,

4

5    Dated: August 10, 2012                          McCUNE WRIGHT, LLP

6                                                    By: */s/ Richard D. McCune*
7                                                    Richard D. McCune
                                                     Attorney for Plaintiffs
8                                                    Charles P. Haggarty and Gina M. Haggarty.

9    Dated: August 10, 2012                          REED SMITH, LLP

10                                                   By: */s/ Jack R. Nelson*
11                                                   Jack R. Nelson
                                                     Attorneys for Defendant
12                                                   Wells Fargo Bank, N.A.

13                                                   [Plaintiffs' counsel has been given
14                                                   authorization by Defendant's counsel to
                                                     affix the electronic signature of Jack Nelson]
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATE:  August 17, 2012

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-5-

Stipulation & [Proposed] Order
Case No.:  3:10-cv-02416-CRB