United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on  behalf of themselves and all others similarly situated, | Case No.: 10-2416 CRB (JSC) |
| | **ORDER RE: PLAINTIFFS' MOTIONS TO COMPEL FURTHER DISCOVERY RESPONSES (Dkt. Nos. 127, 128)** |
| Plaintiffs, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The Court is in receipt of two joint letters from the parties regarding Plaintiffs' allegations that Defendant has not adequately responded to Plaintiffs' discovery requests. (Dkt. Nos. 127, 128.) In both letters, Defendant notes that Plaintiffs did not attempt to meet and confer with Defendant as required by this Court's standing order (except for Issue No. 4 in Docket No. 127). The parties are therefore ordered to meet and confer in person or by telephone regarding Plaintiffs' discovery requests on or before September 5, 2012.  Any remaining disputes about the issues detailed in these two joint letters shall be addressed in one joint letter filed on or before September 7, 2012.

1    With respect to the database issue, Defendant's response suggests that there is no

2    longer any dispute.  If Defendant's offer of compromise is insufficient, any remaining dispute

3    shall be addressed in the joint statement referred to above after a meaningful meet and confer

4    by telephone.

5        This Order disposes of Docket Nos. 127 and 128.

6        **IT IS SO ORDERED.**

7    Dated:  August 30, 2012                    _____

8                                              JACQUELINE SCOTT CORLEY
                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2