United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated, | Case No.: 10-2416 CRB (JSC) |
| | **ORDER RE: DEFENDANT'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES (Dkt. No. 125)** |
| Plaintiffs, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The Court is in receipt of a joint letter from the parties regarding Defendant's allegations that Plaintiffs have failed "to provide complete and straightforward responses" to Defendant's Requests for Admission, Special Interrogatories, and a Request for Production. (Dkt. No. 125.) Defendant is ordered to file with the Court the contested requests and interrogatories along with Plaintiffs' responses on or before September 4, 2012.

**IT IS SO ORDERED.**

Dated: August 31, 2012

_Jacqueline S. Corley_

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE