Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Jae (Eddie) K. Kim, State Bar No. 236805
jkk@mccunewright.com
**MCCUNEWRIGHT LLP**
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Mitchell M. Breit (*pro hac vice*)
mbreit@hanlyconroy.com
Andrea Bierstein*
abierstein@hanlyconroy.com
Jayne Conroy*
jconroy@hanlyconroy.com
**HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Derek Y. Brandt (*pro hac vice*)
dbrandt@simmonsfirm.com
Anna M. Kohut (*pro hac vice*)
akohut@simmonsfirm.com
**SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC**
One Court Street
Alton, Illinois 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

*Application for admission *pro hac vice* to be submitted

*Attorneys for Plaintiffs Charles P. Haggarty,
Gina M. Haggarty and all other similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.:   3:10-cv-02416-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING CHANGES TO BRIEFING SCHEDULE FOR DEFENDANT'S *DAUBERT* MOTION AND CONCERNING CHANGES TO EXPERT WITNESS DEADLINES**<br><br>Judge Assigned:   Honorable Charles R. Breyer<br>First Amended Complaint Filed: 11/5/2010 |

Pursuant to Civil L. R. 7-12, Plaintiffs CHARLES P. HAGGARTY and GINA M. HAGGARTY, and Defendant WELLS FARGO BANK, N.A., having met and conferred through their counsel of record, submit this Joint Stipulation and Proposed Order Concerning Changes to Briefing Schedule for Defendant's *Daubert* Motion and Concerning Changes to Expert Witness Deadlines.

## RECITAL

WHEREAS, the following dates are currently scheduled in this matter:

1. Trial Date: December 3, 2012

2. Pre-Trial Conference: November 27, 2012

3. Hearing on Motion for Class Certification: October 12, 2012

4. Hearing on *Daubert* Motion: October 12, 2012

6. Initial Expert Disclosures: September 14, 2012

7. Rebuttal Expert Disclosures: September 28, 2012

8. Expert Discovery Cutoff: October 12, 2012

WHEREAS, the parties are currently in the process of working out discovery disputes and have agreed that it is in the parties' best interests and the interests of judicial economy to extend the briefing schedule deadlines for Defendant's Daubert Motion relating to class certification and to extend the expert witness deadlines in this matter.

## STIPULATION

THEREFORE, the Parties stipulate and propose the following dates and deadlines regarding Defendant's *Daubert* Motion and expert witness deadlines.  The Parties do not believe this modification of the existing schedule will result in the need to change any of the existing hearing dates, including the motion for class certification and the trial date.

A. **Parties' Proposed Changes To Briefing Schedule for Defendant's *Daubert* Motion**

|  | **Present Date** | **Proposed Date** |
|---|---|---|
| 1. Plaintiffs' Opposition: | September 7, 2012 | September 14, 2012 |
| 2. Defendant's Reply: | September 14, 2012 | September 21, 2012 |

-2-

Stipulation & [Proposed] Order
Case No.:  3:10-cv-02416-CRB

B.  **Parties' Proposed Changes To Expert Witness Deadlines**

|  | Present Date | Proposed Date |
|---|---|---|
| 1. Initial Expert Disclosures:<br>At the time of disclosure, the disclosing party will provide 3 dates between Sept. 28-Oct. 12, 2012 that the disclosed expert is available for deposition. | September 14, 2012 | September 28, 2012 |
| 2. Rebuttal Expert Disclosures:<br>At the time of disclosure, the disclosing party will provide 3 dates between Oct. 12-Oct. 26, 2012 that the disclosed expert is available for deposition. | September 28, 2012 | October 12, 2012 |
| 3. Expert Discovery Cutoff: | October 12, 2012 | October 26, 2012 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted

Dated: September 10, 2012            McCUNE WRIGHT, LLP

By: */s/ Richard D. McCune*
Richard D. McCune
*Attorney for Plaintiffs*
Charles P. Haggarty and Gina M. Haggarty.

Dated: September 10, 2012            REED SMITH, LLP

By: */s/ Yaw-Jiun (Gene) Wu (with permission)*
Yaw-Jiun (Gene) Wu
*Attorneys for Defendant* Wells Fargo Bank, N.A.

    [I attest that the e-signature of Yaw-Jiun (Gene) Wu on behalf of Defendant was added with authorization conveyed by email from Mr. Wu and Defendant's Counsel and Defendant concur in this filing's content and have authorized this filing]

                              */s/ Richard D. McCune*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2
3 DATE: September 11, 2012

4
5 _____
Honorabl[e]
6 United Sta[tes]

*[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

-4-