IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY, ET AL., | No. C 10-02416 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

The Court, having granted Defendants' Motion for Summary Judgment, enters judgment in favor of Defendant against Plaintiffs.

**IT IS SO ORDERED.**

Dated: October 4, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2416\Judgment.wpd