Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Terence N. Hawley (SBN 179106)
Email: thawley@reedsmith.com
David J. de Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 3:10-cv-02416-CRB<br><br>[PROPOSED] ORDER SUBSTITUTING COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.<br><br>Complaint Filed: June 1, 2010<br><br><br>Honorable Charles R. Breyer |

US_ACTIVE-110683999.1

[PROPOSED] ORDER SUBSTITUTING COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.

1  Defendant Wells Fargo Bank, N.A seeks to substitute Locke Lord LLP as its counsel in the
2  above-captioned action in place of Reed Smith LLP. Defendant Wells Fargo Bank, N.A.
3  ("Defendant") will continue to also be represented by Anglin Flewelling Rasmussen Campbell &
4  Trytten LLP. No prejudice will result to any party as a result of Defendant's substitution of counsel.

6  Pursuant to Northern District of California Civil Local Rules 5-1(c)(2)(E) and 11-5,
7  Defendant respectfully requests this Honorable Court substitute Locke Lord LLP for Reed Smith
8  LLP as counsel of record for Defendant Wells Fargo Bank, N.A. and remove Jack R. Nelson,
9  Terence N. Hawley, David D. De Jesus, and Alicia A. Adornato from the service list for all future
10 ECF notices.

DATED: September 26, 2012.   REED SMITH LLP

By _____
Jack R. Nelson
Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: September 28, 2012.   LOCKE LORD LLP

By _____
Regina McClendon
Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: September ___, 2012

By _____
Wells Fargo Bank, N.A.

**IT IS SO ORDERED:**

DATED: Oct. 9, 2012



IT IS SO ORDERED
Judge Charles R. Breyer

- 1 -

US_ACTIVE-110683999.1

[PROPOSED] ORDER SUBSTITUTING COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.

1  Defendant Wells Fargo Bank, N.A seeks to substitute Locke Lord LLP as its counsel in the
2  above-captioned action in place of Reed Smith LLP. Defendant Wells Fargo Bank, N.A.
3  ("Defendant") will continue to also be represented by Anglin Flewelling Rasmussen Campbell &
4  Trytten LLP. No prejudice will result to any party as a result of Defendant's substitution of counsel.
5
6  Pursuant to Northern District of California Civil Local Rules 5-1(c)(2)(E) and 11-5,
7  Defendant respectfully requests this Honorable Court substitute Locke Lord LLP for Reed Smith
8  LLP as counsel of record for Defendant Wells Fargo Bank, N.A. and remove Jack R. Nelson,
9  Terence N. Hawley, David D. De Jesus, and Alicia A. Adornato from the service list for all future
10 ECF notices.

DATED: September __, 2012.      REED SMITH LLP

                                By_____
                                  Jack R. Nelson
                                  Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: September __, 2012.      LOCKE LORD LLP

                                By_____
                                  Regina McClendon
                                  Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: September 10, 2012

                                By_____
                                  Wells Fargo Bank, N.A.

**IT IS SO ORDERED:**

DATED: _____

                                _____
                                HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT COURT

– 1 –

[PROPOSED] ORDER SUBSTITUTING COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.