| | |
|---|---|
| 1 | LOCKE LORD LLP |
|   | Robert T. Mowrey (*pro hac vice*) |
| 2 | rmowrey@lockelord.com |
|   | Jason L. Sanders (CA SBN 230245) |
| 3 | jsanders@lockelord.com |
|   | 2200 Ross Avenue, Suite 2200 |
| 4 | Dallas, Texas 75201 |
|   | Telephone: 214-740-8000 |
| 5 | Fax: 214-740-8800 |
| 6 | LOCKE LORD LLP |
|   | Regina J. McClendon (SBN 184669) |
| 7 | rmcclendon@lockelord.com |
|   | 44 Montgomery Street, Suite 2400 |
| 8 | San Francisco, CA 94104 |
|   | Telephone: 415-318-8810 |
| 9 | Fax: 415-676-5816 |
| 10 | Mark T. Flewelling (SBN 96465) |
|   | mflewelling@afrct.com |
| 11 | Robert A. Bailey (SBN 214688) |
|   | rbailey@afrct.com |
| 12 | Yaw-Jiun (Gene) Wu (SBN 228240) |
|   | gwu@afrct.com |
| 13 | ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP |
|   | 199 South Los Robles Ave., Suite 600 |
| 14 | Pasadena, CA 91101-1900 |
|   | Telephone: 626-535-1900 |
| 15 | Fax: 626-577-7764 |
| 16 | Attorneys for Defendant WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated, | CASE NO. 3:10-cv-2416-CRB |
| Plaintiffs, | [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE MOTION FOR AWARD OF ATTORNEY FEES AND BILL OF COSTS |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that the parties' respective deadlines for filing motions for an award of attorneys' fees and bills of costs shall be extended by two weeks, to November 1, 2012.

IT IS SO ORDERED.

Dated: October 18, 2012  _____
United



**Locke Lord LLP**
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

---

1
[PROPOSED] ORDER EXTENDING DEADLINE
CASE NO. 3:10-cv-2416-CRB