LOCKE LORD LLP
Robert T. Mowrey (*pro hac vice*)
rmowrey@lockelord.com
Jason L. Sanders (CA SBN 230245)
jsanders@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214-740-8000
Fax: 214-740-8800

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Mark T. Flewelling (SBN 96465)
mflewelling@afrct.com
Robert A. Bailey (SBN 214688)
rbailey@afrct.com
Yaw-Jiun (Gene) Wu (SBN 228240)
gwu@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, CA 91101-1900
Telephone: 626-535-1900
Fax: 626-577-7764

Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br>  vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>                 Defendant. | CASE NO. 3:10-cv-2416-CRB<br><br>[~~PROPOSED~~] ORDER FURTHER EXTENDING DEADLINE TO FILE MOTION FOR AWARD OF ATTORNEY FEES AND BILL OF COSTS |

1   Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders
2   that the parties' respective deadlines for filing motions for an award of attorneys' fees and bills of
3   costs shall be extended by two additional weeks, to November 15, 2012.
4   IT IS SO ORDERED.

Dated: November 5, 2012



United States District C...

**Locke Lord LLP**
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

1
[PROPOSED] ORDER EXTENDING DEADLINE
CASE NO. 3:10-cv-2416-CRB