LOCKE LORD LLP
Robert T. Mowrey (*pro hac vice*)
rmowrey@lockelord.com
Jason L. Sanders (CA SBN 230245)
jsanders@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214-740-8000
Fax: 214-740-8800

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Mark T. Flewelling (SBN 96465)
mflewelling@afrct.com
Robert A. Bailey (SBN 214688)
rbailey@afrct.com
Yaw-Jiun (Gene) Wu (SBN 228240)
gwu@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
199 South Los Robles Ave., Suite 600
Pasadena, CA 91101-1900
Telephone: 626-535-1900
Fax: 626-577-7764

Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. HAGGARTY and GINA M. HAGGARTY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>                Defendant. | CASE NO. 3:10-cv-2416-CRB<br><br>**[PROPOSED] ORDER FURTHER EXTENDING DEADLINE TO FILE MOTION FOR AWARD OF ATTORNEY FEES AND BILL OF COSTS** |

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that the parties' respective deadlines for filing motions for an award of attorneys' fees and bills of costs shall be extended by two additional weeks, to November 29, 2012.

IT IS SO ORDERED.

Dated: _ Nov. 19, 2012 _      _____
United States District Court Judge

